BEFORE THE SECOND DIVISION, SEPTEMBER 19, 1962

No. 67055.—Geo-Joannou Cycle Co., Inc., et al. v. United States, protests 319294–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 67056.—N. S. Meyer, Inc. v. United States, protests 307673–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of insignia similar in all material respects to those involved in Abstract 66583, the claim of the plaintiff was sustained.

No. 67057.—Kaufman & Vinson Co. et al. v. United States, protests 290360–K, etc. (New York).

Opinion by FORD, J. The record establishing that the merchandise consists of nylon knit hose similar in use to silk knit hose and following *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiffs was sustained.